IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:08-CV-281-WKW [WO] |
| | ) |
| SOUTHEASTERN ENERGY, | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**RULE 54(b) JUDGMENT**

In accordance with the prior proceedings, opinions and orders of this court, and in accordance with Rule 54(b) of the Federal Rules of Civil Procedure, it is ORDERED and ADJUDGED that judgment is ENTERED in favor of Plaintiff and against Defendants with respect to any and all claims for repayment on the facilities located in LaGrange, Georgia, and in Anniston, Alabama, in the amount of $70,703.95, plus interest at the judgment rate of 6%.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 7th day of May 2009.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE